# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DEVON RAY HOCKEMIER, | Case No. 3:22-cv-00386-LRH-CLB |
| Petitioner, | |
| v. | **ORDER** |
| TIM GARRET, *et al.*, | |
| Respondents. | |

On September 13, 2022, this Court determined that Petitioner Devon Ray Hockemier, a *pro se* Nevada prisoner, had not properly commenced this habeas action by either paying the standard $5.00 filing fee or filing an application for leave to proceed *in forma pauperis* ("IFP"). (ECF No. 3.) This Court ordered Petitioner, within 45 days, to pay the $5 filing fee or file an IFP application that includes a: (a) financial certificate signed by Petitioner and an authorized prison official, (b) financial declaration and acknowledgement signed by Petitioner, and (c) copy of Petitioner's inmate account statement for the six-month period prior to filing. (*Id.*) That 45-deadline expired on October 28, 2022.

On October 24, 2022, Petitioner gave notice to the Court that he sent his filing fee via check "through the L.C.C. law library." (ECF No. 4.) To date, this Court has not received Petitioner's $5 filing fee.[1] Because Petitioner timely gave notice that he was attempting to comply with this Court's deadline, this Court finds good cause to extend Petitioner's deadline.

**IT IS THEREFORE ORDERED** that the deadlines established in the September 13, 2022, order (ECF No. 3) are extended to December 16, 2022.

DATED this 8th day of November 2022.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

---

[1] This fact was confirmed with the Court's finance department.

1