# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DEVON RAY HOCKEMIER, | Case No. 3:22-cv-00386-LRH-CLB |
| Petitioner, | |
| v. | **ORDER** |
| TIM GARRET, *et al.*, | |
| Respondents. | |

Petitioner having filed an unopposed motion for extension of time (first request) (ECF No. 14), and good cause appearing;

**IT IS THEREFORE ORDERED** that Petitioner's unopposed motion for extension of time (first request) (ECF No. 14) is GRANTED. Petitioner will have up to and including June 12, 2023, to file a First Amended Petition.

DATED this 14th day of March 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE