# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEVON RAY HOCKEMIER,<br><br>　　　　　　　　Petitioner,<br>v.<br>TIM GARRET, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 3:22-cv-00386-LRH-CLB<br><br>**ORDER** |

Petitioner Devon Ray Hockemier having filed an unopposed motion for extension of time (second request) (ECF No. 17), and good cause appearing;

**IT IS THEREFORE ORDERED** that Petitioner Devon Ray Hockemier's unopposed motion for extension of time (second request) (ECF No. 17) is GRANTED. Hockemier will have up to and including September 11, 2023, to file a First Amended Petition.

IT IS SO ORDERED.

DATED this 12th day of June 2023.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　LARRY R. HICKS
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE