# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DEVON RAY HOCKEMIER,<br><br>                                  Petitioner,<br>v.<br>TIM GARRET, *et al.*,<br><br>                                  Respondents. | Case No. 3:22-cv-00386-LRH-CLB<br><br>**ORDER** |

Petitioner Devon Ray Hockemier having filed an unopposed motion for extension of time (third request) (ECF No. 19), and good cause appearing;

**IT IS THEREFORE ORDERED** that Petitioner Devon Ray Hockemier's unopposed motion for extension of time (third request) (ECF No. 19) is GRANTED. Hockemier will have up to and including November 10, 2023, to file a First Amended Petition.

DATED this 14th day of September, 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1