UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DEVON RAY HOCKEMIER, | Case No. 3:22-cv-00386-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| TIM GARRET, | |
| Respondent. | |

Petitioner Devon Ray Hockemier commenced this federal habeas action on August 29, 2022. (ECF No. 1.) The Court appointed counsel for Hockemier, Hockemier filed a counseled First Amended Petition, and then the parties stipulated to a stay. (ECF Nos. 13, 21, 27.) On January 12, 2024, the Court granted the stay, instructing Hockemier to move to lift the stay within 45 days of the conclusion of his state-court proceedings. (ECF No. 28.) Hockemier has now moved to reopen this matter, explaining that the Nevada Supreme Court issued its remittitur on December 3, 2025, signaling the conclusion of his state-court proceedings. (ECF No. 31 ("Motion").)

It is therefore ordered that the Motion (ECF No. 31) is granted. The Clerk of the Court is kindly directed to reopen this matter and lift the stay.

It is further ordered that Respondents have up to and including March 27, 2026, to file their response to the First Amended Petition, including potentially by a motion to dismiss. The remainder of the Scheduling Order (ECF No. 13) remains in effect.

DATED THIS 22nd Day of January 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE