# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

DEVON RAY HOCKEMIER,

Petitioner,

v.

TIM GARRETT, *et al.*

Respondents.

Case No.: 3:22-cv-00386-MMD-CLB

ORDER

Respondents have filed an unopposed motion for a 60-day extension of time to file their response to Petitioner Devon Ray Hockemier's amended petition. (ECF No. 33 ("Motion").) This is Respondents' first request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 33) is granted. Respondents have up to and including May 26, 2026 to file their response.

DATED THIS 27th Day of March 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE