UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DEVON RAY HOCKEMIER, | Case No. 3:22-cv-00386-MMD-CLB |
| Petitioner, | EXTENSION ORDER |
| v. | |
| TIM GARRETT, *et al.* | |
| Respondents. | |

Respondents filed an unopposed motion for a 45-day extension of time to file their response to Petitioner Devon Ray Hockemier's amended petition. (ECF No. 35 ("Motion").) This is Respondents' second request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 35) is granted. Respondents have up to and including July 10, 2026, to file their response.

DATED THIS 28th Day of May 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE