UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

DEVON RAY HOCKEMIER,

Petitioner,

v.

TIM GARRETT,

Respondent.

Case No. 3:22-cv-00386-MMD-CLB

ORDER

Respondent filed an unopposed motion for a 31-day extension of time to file his response to Petitioner Devon Ray Hockemier's amended petition. (ECF No. 37 ("Motion").) This is Respondent's third request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 37) is granted. Respondent has up to and including August 10, 2026, to file his response.

DATED THIS 10th Day of July 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE