UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

DEVON RAY HOCKEMIER,

Petitioner,

v.

TIM GARRET,

Respondent.

Case No. 3:22-cv-00386-MMD-CLB

ORDER

Before the Court is Respondent's motion to seal exhibits. (ECF No. 48 ("Motion")). In his Motion, Respondent seeks to seal Exhibits 2, 3, 52, and 54, which include a medical report, a police interview, a psycho-sexual evaluation, and a presentence investigation report, because they include confidential information. (*Id.*) Having reviewed and considered the matter in accordance with *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006) and its progeny, the Court finds that a compelling need to protect safety, privacy, and/or personal identifying information outweighs the public interest in open access to court records.

It is therefore ordered that the Motion (ECF No. 48) is granted. Exhibits 2, 3, 52, and 54 (ECF Nos. 49-1, 49-2, 49-3, and 49-4) are considered properly filed under seal.

DATED THIS 24th Day of August 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE