UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DEVON RAY HOCKEMIER,<br>Petitioner,<br>v.<br>TIM GARRETT,<br>Respondent. | Case No. 3:22-cv-00386-MMD-CLB<br>ORDER |

Petitioner Devon Ray Hockemier has filed an unopposed motion for a 14-day extension of time to file his opposition to the motion to dismiss. (ECF No. 56 ("Motion").) This is Hockemier's second request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 56) is granted. Hockemier has up to and including November 6, 2026, to file his opposition.

DATED THIS 27th Day of October 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE