UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

DEVON RAY HOCKEMIER,

Petitioner,

v.

TIM GARRETT,

Respondent.

Case No. 3:22-cv-00386-MMD-CLB

ORDER

Petitioner Devon Ray Hockemier filed a motion for leave to file an overlong opposition to the motion to dismiss. (ECF No. 58 ("Motion").) Local Rule 7-3 provides that all "responses to motions . . . are limited to 24 pages," but "[a] motion to file a brief that exceeds these page limits will be granted . . . upon a showing of good cause." The Court finds good cause exists to grant Hockemier's request to file a 33-page long opposition.

Respondent filed an unopposed motion for a 31-day extension of time to file his reply to the motion to dismiss. (ECF No. 60 ("Extension Motion").) This is Respondent's first request for an extension of this deadline. The Court finds good cause exists to grant the Extension Motion.

It is therefore ordered that the Motion (ECF No. 58) is granted. Hockemier's opposition (ECF No. 59) is considered properly filed.

It is further ordered that the Extension Motion (ECF No. 60) is granted. Respondent has up to and including December 14, 2026, to file his reply.

DATED THIS 18th Day of November 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE